**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL SANTOS and AMY RAMOS, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 5:26-cv-00886 |
| | : | |
| MUTUAL BENEFIT GROUP | : | |
| INSURANCE COMPANY, *et al.*, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 26th day of March, 2026, for the reasons set forth in the Memorandum issued this date, it is **ORDERED** that:

Plaintiffs' motion to proceed *in forma pauperis* , ECF No. 7, is **GRANTED in part and DENIED in part** as follows:

1.      Amy Ramos is **DISMISSED without prejudice** as a party to this lawsuit.  The Clerk of Court is **DIRECTED** to **TERMINATE** Amy Ramos as a party in this case.

2.      Michael Santos is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

3.      Michael Santos, # 2012-0721, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the Warden of Berks County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Santos's inmate account; or (b) the average monthly balance in Santos's inmate account for the six-month period immediately preceding the filing of this case.  The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Santos's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Santos's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

4.      The Clerk of Court is **DIRECTED** to send a copy of this order to the Warden of Berks County Jail.

1
032626

5.      The Complaint, ECF No. 2, is **DEEMED** filed.

6.      The Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

7.      If Santos can establish that this Court has jurisdiction, he may file an amended complaint in this Court **within thirty (30) days of the date of this Order**.  Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Santos's claims against each defendant.  The amended complaint must also state the basis for the Court's jurisdiction. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim.  When drafting his amended complaint, Santos should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum.  If he files an amended complaint in this Court, the Clerk shall not make service until so **ORDERED** by the Court.

8.      If Santos fails to timely file an Amended Complaint, this Court will issue a final order dismissing this case for lack of jurisdiction.

9.      If Santos cannot establish this Court's jurisdiction, Santos may opt to file his claims in state court.  He should consult 42 Pa. Cons. Stat. Ann. § 5103(b)(1) on how to proceed if he believes there may be a statute of limitations issue by initiating an action in state court.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*

JOSEPH F. LEESON, JR.
United States District Judge